NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EMERSON PINKNEY,          )
DOC #719392,              )
                         )
          Appellant,      )
                         )
v.                        )          Case No. 2D18-1312
                         )
STATE OF FLORIDA,         )
                         )
          Appellee.       )
_____ )

Opinion filed October 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph C. Fuller, Jr.,
Judge.



PER CURIAM.


          Affirmed.


MORRIS, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.